JUDGE MANNING

MAGISTRATE JUDGE ASHMAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08CR　0116**

| | |
|---|---|
| UNITED STATES OF AMERICA　　　　) | No. __07 CR____ |
| 　　　　　　　　　　　　　　　　　) | Violations: Title 21, United States |
| v.　　　　　　　　　　　　　　　　) | Code, Sections 841(a)(1), 846, and |
| 　　　　　　　　　　　　　　　　　) | 843(b) and Title 18, United States |
| 　　　　　　　　　　　　　　　　　) | Code, Section 2 |
| JESUS SAMUEL GARCIA CHAVEZ　　　) | |
| MANUEL D. JESUS LOPEZ-HERNANDEZ ) | |
| SALVADOR SAMUEL CORNEJO　　　　 ) | |

**FILED**

FEB - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>COUNT ONE</u>

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about October 22, 2006, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MANUEL D. JESUS LOPEZ-HERNANDEZ

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 500 grams or more of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1)



## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

Beginning on or about October 22, 2006, and continuing through on or about October 23, 2006, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JESUS SAMUEL GARCIA CHAVEZ, and
SALVADOR SAMUEL CORNEJO

defendants herein, did conspire with each other, and other persons known and unknown to the Grand Jury, knowingly and intentionally to possess with the intent to distribute and to distribute a controlled substance, namely, 500 grams or more of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about October 22, 2006, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JESUS SAMUEL GARCIA CHAVEZ, and
SALVADOR SAMUEL CORNEJO

defendants herein, did knowingly and intentionally possess with the intent to distribute a controlled substance, namely, 500 grams or more of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about October 21, 2006, at approximately 4:52 p.m. (Call #349), in the Northern District of Illinois, Eastern Division,

> JESUS SAMUEL GARCIA CHAVEZ, and
> MANUEL D. JESUS LOPEZ-HERNANDEZ,

defendants herein, knowingly and intentionally used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 841(a)(1), namely, distribution of a controlled substance;

In violation of Title 21, United States Code, Section 843(b).

COUNT FIVE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about October 22, 2006, at approximately 3:17 p.m. (Call #351), in the Northern District of Illinois, Eastern Division,

> JESUS SAMUEL GARCIA CHAVEZ, and
> MANUEL D. JESUS LOPEZ-HERNANDEZ,

defendants herein, knowingly and intentionally used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 841(a)(1), namely, distribution of a controlled substance;

In violation of Title 21, United States Code, Section 843(b).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY