**08CR 0116**

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE MANNING | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 06 GJ 0661 | DATE | FEBRUARY 7, 2008 |
| CASE TITLE | US v. JESUS SAMUEL GARCIA CHAVEZ, MANUEL D. JESUS LOPEZ-HERNANDEZ, & SALVADOR SAMUEL CORNEJO | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

---

**GRAND JURY PROCEEDING**
**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____Maria Valdez_____

---

Docket Entry:

TO ISSUE BENCH WARRANTS. THE GOVERNMENT WILL SEEK TO HAVE ALL DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. ALL DEFENDANTS ARE FUGITIVES.

FILED

FEB - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| ___ No notices required, advised in open court. | | | notices | |
| ___ No notices required. | | | Date docketed | |
| ___ Notices mailed by judge's staff. | | | Docketing dpty. initials | |
| ___ Notified counsel by telephone. | | | | |
| ___ Docketing to mail notices. | | | Date mailed notice | |
| ___ Mail AO 450 form. | | | Mailing dpty. initials | |
| ___ Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |